UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00657-FDW-DCK

| | |
|---|---|
| CHARLEEN A.V. BURKE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MECKLENBURG AREA CATHOLIC )<br>SCHOOLS, DEBBIE MIXER, KATHY )<br>MCKINNEY, AND TERRI WILHELM, )<br>)<br>Defendants. )<br>)<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* concerning the status of this case. This Court previously entered a show cause order directing Plaintiff to SHOW CAUSE by December 20, 2021, why the complaint against Defendants should not be dismissed for failure to prosecute. Plaintiff was cautioned that failure to timely respond will result in dismissal of the complaint against Defendants for failure to prosecute. On the day a response was due, Plaintiff sought an extension of time to respond to the show cause order (Doc. No. 7). The Court granted that motion, noting it would allow a modest extension of time until January 4, 2022, for Plaintiff to respond to the Show Cause Order and again cautioning her that failure to timely respond and address the merits of the show cause order "will result in dismissal" of the complaint against Defendants for failure to prosecute. Plaintiff did not respond by January 4, 2022, and has not otherwise submitted any other pleading in prosecution of her case.

IT IS THEREFORE ORDERED that for the reasons stated in the Show Cause Order, (Doc. No. 6), as well as Plaintiff's failure to timely respond to that Order, this matter is DISMISSED

1

WITHOUT PREJUDICE.

    IT IS SO ORDERED.

    Signed: April 25, 2022

*[Signature]*

Frank D. Whitney
United States District Judge